IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>MATTHEW SIMONTON (1),<br>ANTHONY LAM (2),<br>CHRISTOPHER ACOSTA (3),<br><br>           Defendants. | CASE NO.: 22CR1466-RBM |

**ORDER**

  Having reviewed the joint motion for continuance, the motion is hereby **GRANTED**.  For the reasons set forth in Defendant's motion, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interest of the public and Defendants in a speedy trial.  Specifically, the Court FINDS that Defendants require additional time to calendar the taking of the guilty pleas on the record.  Therefore, the Court ORDERS that time is excluded under 18 U.S.C. § 3161(h)(7)(A) until the next hearing.  The motion hearing previously scheduled for October 14, 2022, is hereby rescheduled for November 18,  2022, at 9:00 a.m.

**SO ORDERED.**

Date: 10/11/2022

                                    *Ruth Bermudez Montenegro*

                           RUTH BERMUDEZ MONTENEGRO<br>                           UNITED STATES DISTRICT JUDGE